DAVID T. MALOOF (DM 3350)
THOMAS M. EAGAN (TE 1713)
MALOOF BROWNE & EAGAN LLC
411 Theodore Fremd Avenue, Suite 190
Rye, New York 10580-1411
(914) 921-1200
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

MINGTAI FIRE & MARINE INSURANCE CO., LTD.

                 *Plaintiffs,*

- against -

ORIENT OVERSEAS CONTAINER LINE, LTD.,

                 *Defendant.*
------------------------------------x

08 Civ. **08 CIV. 1300**

**JUDGE CHIN**

**RULE 7.1 DISCLOSURE**

[FILED FEB -8 2008 USDC SDNY stamp]

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiffs (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held:

1.     Mitsui Sumitomo Insurance Co., Ltd.

Dated: Rye, New York
February 8, 2008

                                  MALOOF & BROWNE & EAGAN LLC

                                  By: _____
                                  David T. Maloof (DM 3350)
                                  Thomas M. Eagan (TE 1713)
                                  411 Theodore Fremd Avenue, Suite 190
                                  Rye, New York 10580
                                  Tel: (914) 921-1200
                                  Fax: (914) 921-1023
                                  Email: dmaloof@maloofandbrowne.com
                                              teagan@maloofandbrowne.com
                                  *Attorneys for Plaintiff*

\\SERVER1\COMPANY\WP-DOCS\2503.81\120607 RULE 7.1.DOC