DAVID T. MALOOF (DM 3350)
THOMAS M. EAGAN (TE 1713)
MALOOF BROWNE & EAGAN LLC
411 Theodore Fremd Avenue, Suite 190
Rye, New York 10580-1411
(914) 921-1200
*Attorneys for Plaintiffs*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MINGTAI FIRE & MARINE INSURANCE CO.,
LTD.

           *Plaintiffs*,

- against -

ORIENT OVERSEAS CONTAINER LINE,
LTD.,

           *Defendant*.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

08 Civ. 1300 (DC)

**STIPULATION AND ORDER
TO TRANSFER VENUE
UNDER 28 U.S.C. 1404(a)**

The parties, through respective undersigned counsel, hereby stipulate and agree that for the convenience of the parties and witnesses, that this case should be transferred to the U.S. District Court for the Southern District of Florida, Miami Division under 28 U.S.C. 1404(a).

Dated: Rye, New York
       March 31, 2008

MALOOF & BROWNE & EAGAN LLC

By: /s/ Thomas M. Eagan
David T. Maloof (DM 3350)
Thomas M. Eagan (TE 1713)
411 Theodore Fremd Avenue, Suite 190
Rye, New York 10580
Tel: (914) 921-1200
Fax: (914) 921-1023
Email: dmaloof@maloofandbrowne.com
       teagan@maloofandbrowne.com
*Attorneys for Plaintiff*

LAW OFFICES OF TISDALE

By: /s/ Thomas L. Tisdale (TME PER AUTHORITY)
Thomas L. Tisdale, Esq.
10 Spruce Street
Southport, CT 06890
Tel: (203) 254-8474
Fax: (203) 254-1641
Email: ttisdale@tisdale-lennon.com

*Attorneys for Defendant*

SO ORDERED:

_____
U.S.D.J.     4/3/08

\\SERVER1\COMPANY\WP-DOCS\0604.25\031108 Stip and Order to Transfer Venue.DOC

SO ORDERED:

_____
U.S.D.J.     4/3/08

\\SERVER1\COMPANY\WP-DOCS\0604.25\031108 Stip and Order to Transfer Venue.DOC